# United States District Court

## *Southern District of Georgia*

Ashley Ilene, Janet Guzman, Monica Leigh Burkhardt, Carrie Minter, and Tiffany Riley a/k/a Tiffany Selby,

_____

Plaintiff

Case No. _____4:26-cv-00100-RSB-CLR_____

**v.**  Fifty One Degrees, LLC d/b/a Club 51 Degrees,

_____

Defendant

Appearing on behalf of

_____All Plaintiffs_____

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 19th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:    John V. Golaszewski
_____

Business Address:    The Casas Law Firm, P.C.
_____
Firm/Business Name

1325 Avenue of the Americas, 28th Floor
_____
Street Address

| | New York | NY | 10019 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 646-872-3178 | | NY - 4121091 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    john@talentrights.law